UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 20 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:23-cr-00072-JPH-MJD |
| | ) | |
| DERRICK BARBOUR, | ) | |
| a/k/a Derrick Barbour, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

**THIRD SUPERSEDING INDICTMENT**

The Grand Jury charges that:

Background

At all times relevant to this indictment:

Glock is a brand of polymer-framed semi-automatic pistols designed and produced by Austrian manufacturer Glock Ges.m.b.H.

A Glock switch is a small device that, when properly installed on a semiautomatic Glock handgun, will convert said firearm to a fully automatic machinegun. Installation of these devices is fast and simple, requires no technical expertise, and is completed by removing the polymer slide cover plate on a Glock semi-automatic pistol and replacing it with the conversion device. These devices are referred to by different names, including, but not limited to, switches, auto sears, convertors, conversion switches, selector switches, conversion devices, fun switches, and Fire Selector Systems for Glock ("FSSGs").

A "machinegun" is any weapon which shoots, is designed to shoot, or can be readily

restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

The term "machinegun" also includes any part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

A Glock switch, whether or not it is installed in a firearm, is a machinegun under federal law.

<u>COUNT 1</u>
Unlawful Possession of a Firearm by a Convicted Felon
18 U.S.C. §922(g)(1)

On or about February 10, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, DERRICK BARBOUR, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock model 17 9 mm semiautomatic handgun and/or a Glock model 20 10 mm semiautomatic handgun, after knowingly having been convicted of one or more felony crimes punishable by a term of imprisonment exceeding one (1) year, to wit:

> Attempted Armed Robbery, a Level 3 felony, Escape, a Level 6 felony, and Resisting Law Enforcement, a Level 6 felony, in Marion County (Indiana) under cause number 49G20-1704-F3-012839 on or about July 12, 2018; and/or,
>
> Possession of Cocaine, a Level 6 felony, in Marion County (Indiana) under cause number 49G21-1608-F6-033803 on or about December 9, 2016; and/or
>
> Residential Entry, a Level 6 felony, in Marion County (Indiana) under cause number 49G05-1603-F6-010864 on or about September 27, 2016,

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2
Possession of a Machinegun
18 U.S.C. §§ 922(o) and 924(a)(2)

On or about February 10, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, DERRICK BARBOUR, did knowingly possess a machinegun, that is, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun, to wit: a Glock switch,

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 3
Keys or Locks Stolen or Reproduced
18 U.S.C. § 1704

On or about February 10, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, DERRICK BARBOUR, knowingly and unlawfully possessed one ore more keys adopted by the Postal Service and in use on an authorized receptacle for the deposit of mail matter, to wit: two United States Postal Service "arrow" keys, with the intent unlawfully and improperly to use the same,

All in violation of Title 18, United States Code, Section 1704.

COUNT 4
Unlawful Possession of Stolen Mail
18 U.S.C. §1708

On or about February 10, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, DERRICK BARBOUR, did unlawfully have in his possession mail or an article contained therein, including but not limited to one or more of the items listed below, which had been stolen or taken from or out of a collection box or other authorized depository for mail matter in Indianapolis, Indiana, knowing the same to have been stolen or taken from an authorized depository for mail matter:

| **Item Description** | **Addressee** | **Depository Location** |
|---|---|---|
| Check | R.C.<br>XXXX S Franklin Rd<br>Indianapolis, IN 46239 | USPS blue collection box at Lakeknoll Drive and E. 71st Street, Indianapolis, IN |
| Check | H.S.C.I.<br>XXX E. Thompson Rd.<br>Indianapolis, IN 46227 | USPS blue collection box at Lakeknoll Drive and E. 71st Street, Indianapolis, IN |
| Check | C.<br>P.O. Box XXXXX<br>Philadelphia, PA 19176 | USPS blue collection box at Lakeknoll Drive and E. 71st Street, Indianapolis, IN |
| Check | T.S.<br>XXXXX Cumberland Suite XXX<br>Noblesville, IN<br>46060 | USPS blue collection box at 12125 East 65th Street, Indianapolis, IN |
| Check | T.N.P.<br>XX E. Main St.<br>New Palestine, IN 46163 | USPS blue collection box at 12125 East 65th Street, Indianapolis, IN |

| | | |
|---|---|---|
| Sealed Envelope | N.C.<br>XXXX Eagle Valley PS<br>Indianapolis, IN 46214 | USPS blue collection box at 2727 E. 55th Street, Indianapolis IN |
| Sealed Envelope | L.H.<br>XX Stonybrook Dr<br>Brownsburg, IN 46112 | USPS blue collection box at 2727 E. 55th Street, Indianapolis IN |
| Sealed Envelope | L.F.<br>XX Ashbourne Drive<br>Noblesville, IN 46060 | USPS blue collection box at 2727 E. 55th Street, Indianapolis IN |
| Sealed Envelope | L. A. K.<br>XXXX Copley Dr.<br>Indianapolis, IN 46260 | USPS blue collection box at 2727 E. 55th Street, Indianapolis IN |
| Sealed Envelope | E.G.F.<br>XXXX N Park Ave<br>Indianapolis, IN 46220 | USPS blue collection box at 2727 E. 55th Street, Indianapolis IN |

All in violation of Title 18, United States Code, Section 1708.

COUNT 5
Bank Fraud
18 U.S.C. § 1344(2)

On or about November 8, 2022, in the Southern District of Indiana, Indianapolis Division, the defendant, DERRICK BARBOUR, did knowingly execute a scheme or artifice to obtain money, funds, credits, assets, securities, or other property owned by, or under the custody or control of, The Huntington National Bank, a federally insured financial institution, by means of materially false or fraudulent pretenses, representations, or promises, in that the defendant presented an altered check in the amount of $1,203.00 to The Huntington National Bank in order to fraudulently induce The Huntington National Bank to distribute funds under its custody or control to him,

All in violation of Title 18, United States Code, Section 1344(2).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1, 2, 3, 4, and 5 of this Second Superseding Indictment are hereby realleged and incorporated by reference is if fully set forth herein.

2. Upon conviction of the offenses in Counts 1 and 2 of this Second Superseding Indictment, the defendant, DERRICK BARBOUR, a/k/a Derrick Barbour Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense, including, but not limited to:

   a. A Glock model 17 9 mm semiautomatic handgun, serial number VUR407;
   b. A Glock model 20 10 mm semiautomatic handgun, serial number BTEK926;
   c. A Glock switch device; and,
   d. All magazines and ammunition associated with the offense.

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 1708, as alleged in Counts 4 and 5 of this Second Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to a sum of money equal to the proceeds derived from the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;
   b. Has been transferred or sold to, or deposited with, a third party;
   c. Has been placed beyond the jurisdiction of the court;
   d. Has been substantially diminished in value; or,
   e. Has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

A TRUE BILL:

[redacted]

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: ______________________________
Kelsey L. Massa
Meredith Wood
Assistant United States Attorneys
MPB